ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of<br><br>JAMES POLIS,<br><br><br><br>Debtor.<br>_______________________/ | Case No. 16-14406-A-7F<br>DC No. RHT-2<br><br>**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY AND PAY ORDINARY COSTS OF SALE AND REAL ESTATE COMMISSIONS**<br>(11 U.S.C. §363)<br><br>Date: April 12, 2017<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee for the above-entitled estate.

2. The above-captioned case was converted to a proceeding under Chapter 7 on or about December 9, 2016, and an order for relief was entered. Robert Hawkins was appointed Chapter 7 Trustee on or about December 9, 2016.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. Section 1334(b) and (d), Section 157(b)(2)(N), and 11 U.S.C. Sections 363. This is a core proceeding.

4. Among the assets of this estate is real property commonly known as 26792 Avenue 26, Chowchilla, California, with a fair market value of approximately $601,000.00.

5. The Trustee has obtained an offer from Bala Akkina to purchase the real property for the total sum of $601,000.00 cash.

6. The Trustee has agreed to pay a commission to Pearson Realty in the amount of six percent (6%) of the purchase price in connection with the sale.

7. The Trustee reviewed the Preliminary Report which indicates that the property is subject to a lien secured by a deed of trust and a mechanic's or materialman's lien in favor of Canepa & Sons, Inc. in the amount of $90,224.50. The Trustee is informed and believes that the deed of trust lien is in favor of Mortgage Electronic Registration Systems, Inc. in the amount of approximately $432,000.00. The lien in favor of Canepa & Sons, Inc. shall attach to the proceeds of the sale and paid according to its validity. After payment of deed of trust lien, mechanic's lien, and commissions and escrow costs, the Trustee expects the net proceeds from the sale to be approximately $37,000.00.

8. Said offer is the best and highest offer received for the property and, in the opinion of the Trustee, said offer is for the full and fair market value of the property. Said sale is subject to higher and better offer in increments of $1,000.00.

9. The Trustee believes that confirmation of the sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that, after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Bala Akkina, or nominee, for the total sum of $601,000.00, subject to higher and better offer at the hearing on confirmation of said sale, and that the Court authorize the payment of ordinary sale costs as contemplated by the parties in order to close escrow.

**DATED**: MARCH 14, 2017

/S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee